# Exhibit A to the Complaint

**Location:** Tampa, FL  
**Total Works Infringed:** 88  
**IP Address:** 47.201.237.168  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 71004D66ED1A8849DC7A6C5EA34C3945EBBA0FF8<br>File Hash: 57A934B09E984A1CAF074526E245BB78E7A233EDC4A1C4B3D692EFD1783BCA04 | 12/13/2019 12:56:44 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 2 | Info Hash: 2A235B5AC390943D91494754632D98DC21F91C61<br>File Hash: DA36FB64B2F44D21AEBA0C9894C59A022E7D8F5097E628388EF06C0BED7A6CA1 | 12/13/2019 12:38:08 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 3 | Info Hash: 1F5056D2F0CFFD05EA0C69EAE4D19F67E4FC70E9<br>File Hash: 041D8F8F1C59EE8A62F504D6A791189502DDB7EABF0DB4C67DE8B0A5399E008F | 12/13/2019 12:05:19 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 4 | Info Hash: 1EA48E1F6DBD3891D1929262A5C26C9553094E6C<br>File Hash: CAEE9A7D3D5970189B1C296E843A7799D9ACC970FD7812D96E3C1AA25CE52332 | 12/13/2019 12:01:25 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 5 | Info Hash: 7A39BA7B7CD03ADB1A258EE5A9087D3595C1F2B1<br>File Hash: 2987FABC0C1F6F4617CA3E6E3D9230255A05825F1F9C12A70FD253DB1A126A90 | 11/24/2019 04:47:11 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |
| 6 | Info Hash: 5F0908E50A10F7EBA4E5D830A08CD09479D3282A<br>File Hash: 7EDEA7775D91F8151E50D286B9048F69677F23E69B3748E6F4EC5111409B77C2 | 11/24/2019 04:34:30 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 7 | Info Hash: A4576F0A680C4962C4B2B1DE6557DFFF018F7EF5<br>File Hash: 7144B595ED4CDB5674CF2AC2677BEAB33C10D45507232FB0765470D910F8BC8C | 11/19/2019 03:25:35 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 8 | Info Hash: E23CD6D162B5CFC41C5A68A2DB0AB011372772BD<br>File Hash: AE6089234A76060863AADCE6833291F4661DEABC658EF6E32B664F1EA9215913 | 11/14/2019 11:03:41 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CDAC395CE8800993349925E75F02E08592BA8B26<br>File Hash: 658E948CFDC15C66CB84492342B916A97F9E9FCA815F01B356FBF5632B4B75DF | 11/04/2019 11:37:07 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 10 | Info Hash: 3F2C77EEEB7E60E00F08C6B2372C0DF949F27870<br>File Hash: 49DBD6B87DCE0411C7014A67AE306E2420507B0811F56E367420F42814BE2FA2 | 10/31/2019 10:36:37 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 11 | Info Hash: 7FA2D46E6F821E086907D956D5E3CE495983AD58<br>File Hash: 040264A63875B679125B2C44B78125459EC55431A9384FD188FFB0496E48EAE9 | 10/28/2019 15:54:32 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 12 | Info Hash: 0447E2B505651CAFFCE7BBFC8D81784AB2C28B8D<br>File Hash: 86F0A1D4756CF97F832B15212261BC21A9F0AD203760D3C599DFDBD149658634 | 10/25/2019 11:50:32 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 13 | Info Hash: 8CDEA4CD9CE5514A80FE25F8249B7AAA58C63A81<br>File Hash: 587EC4EF57B042FFA5DFD3B609F9DE0D950FDBD5D5C418BE954EB3749437783A | 10/22/2019 21:40:07 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 14 | Info Hash: 9D613E8A3302F2147EE151C96F5EDB67AA5644FA<br>File Hash: 47202CCE029F09B38F8010008C673612C907A8B23C4014CFCDAF78722B89DACE | 10/19/2019 16:08:10 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 15 | Info Hash: 7ADB92DFA4BD7AFE8F407D41D08A537912D38598<br>File Hash: 5C9EBF505653F50C9A9CFC60FEC9E64C81B913A8D640311E111EC910D77568EC | 10/12/2019 18:34:08 | Blacked | 10/12/2019 | 11/05/2019 | PA0002227087 |
| 16 | Info Hash: 5C0DEE0CE8B141D07B3755DB6D56508193B98245<br>File Hash: 95EC2036CC70D63369DA8697C1E368B3C5FB6F4432C39E1391DA61F50036E179 | 10/11/2019 02:43:58 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 17 | Info Hash: 694DABE8C59C17C40698F8E503003AEC22FE7539<br>File Hash: 6C2C95F363391CFACBEB0D89A5D334F9597767AE12326D8D77029113563F9886 | 10/08/2019 18:21:14 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A135016A510AB51A73CB7894372786888014584A<br>File Hash: 7B6C1BC19C3F1C388B9BD35ED3627911079B90B527F788214C05E26B39AD6DEA | 10/05/2019 16:17:42 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 19 | Info Hash: C3CB9A98D01F7760055787087BB4C1A385CA30FE<br>File Hash: 20AA6B2148079C221CBA77620584A97322657846981F3A5914193349FBC9E2F5 | 09/30/2019 18:02:37 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 20 | Info Hash: 28F641DD86A31D9DE4BFD2443457D581BBB660A1<br>File Hash: 5A27FE917CEC0B20F5E51A87F23515ED22F45719715C331F7E5ADEE1E0E2E837 | 09/30/2019 16:37:42 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 21 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 09/21/2019 16:46:43 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 22 | Info Hash: 6B457254C1CB9B2F43CE4EE5F95325B767F423C9<br>File Hash: 7D877805B484B8485DBA4D52250FA6332927623B5BCFEC864A25C968DBEA9957 | 09/17/2019 02:23:20 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 23 | Info Hash: 86E59581A550AFB7F1AC37567E0AC94D496D641D<br>File Hash: EF1A18A2564D05FC2595AEE2DFBD30D1A882BCAF35EBEDF100DC3A6023419012 | 09/17/2019 02:23:07 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 24 | Info Hash: 17B1792C83AEBC91585F95157D74A5375A45D307<br>File Hash: A29E60835180E18203D9B7E6FB317C457E09F8B5BD30EA86E96ECF283140F5EE | 09/15/2019 01:36:12 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 25 | Info Hash: E3A8C18869DAC69874DC78556D8EE2B1BA4AC5EA<br>File Hash: 80FD8819A29C3FD8D153E45E10848D0C7A481FF71B7CB02776C1154E17D5BEAE | 09/08/2019 02:30:12 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 26 | Info Hash: ABA4D8EAA0CB1F71B8DA4F2D142059EF13E510A2<br>File Hash: 11E939004CE5108EB1303108658C1EB60CE0F40B00ACE324788196A3FF8FC386 | 09/08/2019 01:57:21 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 93E3EBFDCBDB9F8B24F49167AED42356CB6B5797<br>File Hash: 5759CF1E96FE88B6319B0B4C5701F96F1C69FDEC2F5412AA7F336D7204658F08 | 09/01/2019 02:02:22 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 28 | Info Hash: 20EEC6FEA5F9C7D469DA65D3F0A0E01D64F17155<br>File Hash: 6C572A6A6F1217AAB32C6E96E50909C85B40CEC071EA2263A9F07C30651F4DCD | 09/01/2019 00:50:33 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 29 | Info Hash: 7C4368D827B7421170B64D85B400A0946E934094<br>File Hash: 1F4B7F894CDB19EA53235C6C511E79C614856EE382DC766EE81FFCCE448DC66B | 08/29/2019 10:32:17 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 30 | Info Hash: 5FDBEEB4EE337BA07022153E99BCDF6145CB57F4<br>File Hash: 524E654EE5C3D44361D59078F6C3A9825CADA6DB30888F1ACC29B449E6423A5B | 08/23/2019 22:21:31 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 31 | Info Hash: 9606A2BEBD2ED49AF47787169BF9B73A4A1C9CDC<br>File Hash: 351673D7BB0532484059A5C5E6C65500889E456A63424B325E0A00A47AAA81C3 | 08/21/2019 02:45:05 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 32 | Info Hash: DA688C76F0C068A444122EE74FBF1731CAFA1B5C<br>File Hash: F7E8945C6E4E75F65D98B9012C7F3432818A5D2EE24B1BD5BE6734A3BBA4B278 | 08/19/2019 16:19:40 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 33 | Info Hash: 778324BEB813919D44E73DDFA757930F3FB6C2F6<br>File Hash: 7EC04412F074B99B2229EB1BCCDD276232478F7E9897B18363E1B5837330CC99 | 08/15/2019 13:56:59 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 34 | Info Hash: 865C77D4D67B9D73EA0250D193D5DC42C1228603<br>File Hash: 00E6D0D63A32AB4223973A775012F3FD5C9303212325740B9E2EFBC3D43B467D | 08/11/2019 14:55:38 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 35 | Info Hash: D1876B91ECD43BD0C049CD7C5361BACA062B9308<br>File Hash: DC4BF5004F857D566D46E562C33CAC7E6D83C7887F4ADE14573CCFE397284E90 | 08/11/2019 14:09:24 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F3D34F4C66183E54E474DD8012E2D509EAA8C440<br>File Hash: B3F0C603770F627354B8066FB5919475726B9FE55D6C61C132950B9780E89024 | 08/06/2019 11:23:45 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 37 | Info Hash: 998D889AC133E44A451ADAA9C89CE64C3514FBE5<br>File Hash: 2F74CC0A9BF6B310FD57C4A213A195D653A4A6DC6AD050D61903295596AD7358 | 08/05/2019 06:51:09 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 38 | Info Hash: A242B6442EFF788A87243598437FC607ECEDF162<br>File Hash: A63507EAC37162E02D8F648A1A798695DF9EEEAF31B8FFA20EC5571CA3668ACE | 08/03/2019 02:40:40 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 39 | Info Hash: 761BDEA128C02E3E6D242F720FA4C524C80518DC<br>File Hash: 117A880A0A1FBAC3E673176CD02AC637945FE5894871FDD3129801F8E8891AEC | 08/01/2019 01:39:43 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 40 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 07/29/2019 04:49:29 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 41 | Info Hash: 0BC15A691BD0FF1D1CE60BBD7680E9FE90B50D29<br>File Hash: B8A95F30577D3DC572E2EC0DDB7E70844EB53E5AE9D6D71E043481CC8F968BAF | 07/21/2019 23:38:51 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 42 | Info Hash: 986B362461B8CD0DD39A895A41218E67D5B3B884<br>File Hash: C4607AA13F404543ADE9F84AE35B56662886B40B3076EF64102A0FA0408F4253 | 07/21/2019 23:27:49 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 43 | Info Hash: 5C4A3BC7AC5899B767E52F595E19A19088B4507C<br>File Hash: 141AFAEAA65A9F9D7601D0A63E1E8DCBD311E0742F24E55E4FD5F447F24E5A95 | 07/16/2019 00:44:36 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 44 | Info Hash: 658C5AA3CE17F8F7F1D15705268C5370113D1518<br>File Hash: BFED96E80C9327F11620746784804FFEEE5C7DBA5E466DCEA79FD132C384C5A9 | 07/15/2019 16:10:31 | Blacked Raw | 11/08/2018 | 12/10/2018 | PA0002145833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: FF0C3F1ED0411F5F9F53D583EBF0F7C4331C4E91<br>File Hash: 9A2B61D03BA6A5EB07B64694DAF881567085DF7BAAB4A8E1988621FF98D93FF5 | 07/13/2019 01:26:02 | Blacked | 07/09/2019 | 09/10/2019 | PA0002199416 |
| 46 | Info Hash: AF4A68AAC0289A73E1DE71DADD8F192D88E2952A<br>File Hash: DDA3C0CCD13005553C183D5C34A1E08F253C9BD69660E0E7EEDF25352991CF93 | 07/13/2019 01:25:23 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 47 | Info Hash: C643E7510302D5152A1BBA62B6B4C7A3C7E3055C<br>File Hash: 548B045346EA6CB40847CD6D459ADD5B6630F9F8086E091E898C11EB86B4C410 | 07/08/2019 01:50:51 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 48 | Info Hash: 496074B7F0114A8D74EAE7A72874AB5E6BC46E25<br>File Hash: 49E986B05FE95AECBC6CF87D7FA8A8C8FC4F2E6F97F736B19122E6ADC3B8803B | 07/05/2019 12:20:25 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 49 | Info Hash: 9C1D2FEC109870811C76068186E84BE13F50FC57<br>File Hash: 952DF8FE977B8EF61C6C73CFC20826AE1217F8F30DE1E880DB32ED3420A4062E | 07/05/2019 01:33:29 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 50 | Info Hash: E77556FF1B8801EF785D7907FE385F708DAA27D6<br>File Hash: 2E57A1C6C974FE5F3E51B11B4612316D5CDE4DA0F4A6F0EB90D54E0D1D0E1767 | 07/05/2019 01:02:58 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 51 | Info Hash: 4315CE110C6AA5F74E51639F411EE1433003CC32<br>File Hash: 46A7856F9A5997C8203747FCEEA7E660E066EF46234053131B0C771069B85791 | 07/05/2019 01:02:15 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |
| 52 | Info Hash: A943F0DA87D009218DBC6F260867A013D93DC471<br>File Hash: 6C08A0D324F2B4BF5FFDE742D22B48054030EC85026C501C4F0149DAA40B5D05 | 07/05/2019 01:00:38 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 53 | Info Hash: 14CEF1AE30019EBC5D7AB3742A78284AD4D7628F<br>File Hash: D1D3FA40631CAFF6DB2A1EE3CBA5E30DD4C7AF67BA25D5BBDC0983E1C857B543 | 07/05/2019 00:58:07 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 06DD9EF853621803920CCE8EB03FD00F8A2AA390<br>File Hash: F138BC8549F85F781448B970D7FE14C1991873B056E9103C00FFAF1F49115780 | 07/05/2019 00:54:00 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 55 | Info Hash: 7DA6E4C89622388D20C90CEEEE8FC76DCFA45AE1<br>File Hash: CA684DE04D12133255F16A932773784C21EB0A98784409DD88D8E4FE9D033412 | 06/16/2019 20:56:48 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 56 | Info Hash: 03A9A3217B242EC03B40298741E5D12C83BBFA88<br>File Hash: 8BF7A70A844CB3375EFD9B1408A6F7E97CFAFED653E078DF268B0B0E6CEB4F3C | 06/15/2019 21:06:35 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 57 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 06/08/2019 01:36:17 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 58 | Info Hash: 48CAFD9A5CB32DA61CC6C41F33A15B26A7DAA510<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 06/05/2019 10:45:36 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 59 | Info Hash: 96F85F54DC4A7122C5268F0BA6B765EDDBE21338<br>File Hash: 2E51FADA8E68829FAB7E136DD24EB9761D5A416AD4928C2274614AEA67F28329 | 06/02/2019 01:24:39 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 60 | Info Hash: 1E67DE039B64675913542CB2412BE54790434246<br>File Hash: 52B34909C34346822CB203A5241194E0FD0A3D8E477B85D4B52849B10EB7EBEF | 06/02/2019 00:33:27 | Blacked | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 61 | Info Hash: 4ECD2147D2DCAA7536D0051F743A1FE65159E019<br>File Hash: 1F4FAF8A01B46CCC8A8489E4A589D1237B165FAFC09ED2F18D6E6B0CBBE8160A | 05/28/2019 10:54:44 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 62 | Info Hash: 6F3E9A3CD46FF9FF153B602800F39CC3A097D871<br>File Hash: 771F647F77CB89365D03CB665463F37EB6B005DE32CBE360AD1491DD705502A7 | 05/26/2019 04:51:52 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: F59DC378E427E0ADA42E7F5AD246EC3AC4D64CA6<br>File Hash: E29B8278994953975BC4B3521526A3D17A19FE7F7F16D07DB8E8B575FD7F257C | 05/24/2019 03:07:47 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 64 | Info Hash: 92A0A1396DC8821BD4646F9E3DECC5BCF7B64950<br>File Hash: 8B188CBC0A876A0275F9B03FF82C7CFB5B64E88A214F8B0FC2CBD4E48EFC8BEF | 05/24/2019 03:05:41 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 65 | Info Hash: 285F73F389B0D9563403C1EB4FDD6746C20DC9D4<br>File Hash: C0B04D8A12AD1BF5AC8BF34128E3D3C6A696D49A4EE56605E92C1EF886C6573F | 05/24/2019 01:33:35 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 66 | Info Hash: 93C1A96F32C6B6CE8803853FDD72F39512E5AA1A<br>File Hash: B26F616542E00492041E4FDC9CE000D08EF147ED8BC99A47B717A3B06F3468E1 | 05/19/2019 12:16:47 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 67 | Info Hash: 3F902CF44CDA691876B81859E59645DA91599FBE<br>File Hash: BCB285AD28F0FF636DEA23C0C430E1956BA31D9FDC0D3AACF1B570FC05515F83 | 05/19/2019 12:13:43 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 68 | Info Hash: 497B65C59280DE787EC5BB23E2A7FFB9A5A1441F<br>File Hash: 74CFCC6327A594D2979E93BEB77898681AF5D300CDB9C655D37126824EE8F74E | 05/13/2019 17:32:26 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 69 | Info Hash: 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A<br>File Hash: 1758B5DB51DD6950A5BD9225EBB5759AC48CB6E53BB6FB95F253886DA519BB1B | 05/13/2019 17:26:59 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 70 | Info Hash: 9997CF8CCB71D608B88FA34B3CAB2A89E02853D7<br>File Hash: 7D6C351F29E6D586CEA8AA86EAF5C7A51AD7ABA9B48A61642DC35882F5FCF87C | 05/04/2019 12:06:43 | Blacked Raw | 04/27/2019 | 07/05/2019 | PA0002206379 |
| 71 | Info Hash: 81D95F6965C7046EDF8229B81E412679B2726D11<br>File Hash: 2F6FE95AEE2FFE1F87EED44AB12E1F213B627D5FAD147104A6E4237CC937CAF7 | 05/04/2019 12:02:55 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A72E87AEB0C05CF2D319AE73318EC6DAFF4687DD<br>File Hash: 3FFF4CF95F1DBBB74386BF16F1B241DDB97D860FA84CFCEEC5A08E7C67D4C9B4 | 05/04/2019 11:41:35 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 73 | Info Hash: ABEC75B73C6CC2BC39AF22DB3C2A3E12D85AE1B2<br>File Hash: 608D6A71B9329303CFAAF58945C17ECDB72EE78FAAAB7CB505417EE7AA2B5E6F | 04/27/2019 04:17:08 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 74 | Info Hash: C34981A86D2F3DE2EF9B77B8D27444F1583C6B19<br>File Hash: 225B9CD6DB34A03BBB3C7CEC11E87400BE5D61507A87A2E2D5F0D4E1E1BBE0C5 | 04/24/2019 16:10:21 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 75 | Info Hash: 70D4C7D3E4F9652C4FDDDAD7AF428E8BB6FC342C<br>File Hash: 2DB5AB7EC1824A2224861ED5B81AF78DE8702D9C842A5DF6F2C942B3D55B36D4 | 04/22/2019 13:11:07 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 76 | Info Hash: 6F5B651AD5DDA6D2CA196AAD7EE9CDE939EB6B42<br>File Hash: 62DB69F7796F8346378A80DD662FFBE34994BA815E976BCAE23178FD5BBD5E9E | 04/17/2019 10:35:25 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 77 | Info Hash: 252650AF792AF39E40879DB3F57C31D22414F0F2<br>File Hash: 8BED004F82559D121215C85B6E93ED5F2AD127A0F26DBEFA93FE9FD667DAA211 | 04/12/2019 22:11:44 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 78 | Info Hash: DA333A341C341CEA14F185C8019D83A367552ED5<br>File Hash: 9FD97F866FD06EA2EF3FA6777DA54C59872572CD7684682E9ACACB7685BD215D | 04/09/2019 00:30:54 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 79 | Info Hash: 71AF6C58BDBD3AAB31FCCB2CCAC53BD3C238DB07<br>File Hash: 1E6E2FEC48611648BE1663ACF20A6F3DBB4791545174CE727C24A97B5BB0D2C5 | 04/07/2019 11:34:21 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 80 | Info Hash: E379ED5EEFC381915FF2D01414BF596D57EFF6AA<br>File Hash: 9ED0F5A4689762B66BAD4F66ABD6423D8217EFBE5E68BA413E7366016E3FDC8E | 04/07/2019 10:57:32 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 9048822D8DDE3CD65D4ABE1E0DBB704BD824B52C<br>File Hash: 901C98940304AABFC29D85B21EDDA526321EE449E11D024E5CF77E997AF6698D | 04/07/2019 10:55:25 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 82 | Info Hash: 0D174D5F8551667408781B4537CE3844E671B85D<br>File Hash: 69D39DB696025FE55DDC8B7BB4E509A63CFAAF71C3672F3A0EFB878391541BE7 | 04/07/2019 10:43:00 | Blacked Raw | 04/02/2019 | 05/28/2019 | PA0002200780 |
| 83 | Info Hash: A8C523F515C39625D768937BEA362A0B80097D67<br>File Hash: 03129CE24A31286B7D94C57C44FE491ADABDB50B0294399E3B9E920924B8B816 | 04/01/2019 21:03:07 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 84 | Info Hash: DC6AC949DE0F98895A5C19C00A44560675638F8A<br>File Hash: 3A2A4CA1FB27D04885B349A70CC47044A4A6A846D98FB0F167746C5477BB0CC0 | 03/31/2019 04:13:07 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 85 | Info Hash: 7ECEB84628935C2333EF628D24E2722E2275DC73<br>File Hash: EBBE1955A899746E34E8C280920B56A816D0BE33D74BF5441CF23313E22879E5 | 03/31/2019 04:10:31 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 86 | Info Hash: 9C31ED1D9092B860B2231028F9571498DE881778<br>File Hash: C84EA5BB2AC1BE1BE4C73A35A189A8659F0907B014596C9D15D7501095A7B831 | 03/31/2019 04:07:11 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 87 | Info Hash: 898CC74C0DF35A761030DA240C90B92FF75BEB3A<br>File Hash: C2E29A61CDAFF74F8F54A89731EE665A7F29DB2529D0107C113EE0EF7BAE45CF | 03/20/2019 18:46:32 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 88 | Info Hash: C43143740AC2FDF8A9A8CB08ED45FB335BA1C09C<br>File Hash: 377C52756CE6855395DC468D8EB65E00DFA582571ADB6D4D951040C2BC7AFA82 | 03/20/2019 18:38:50 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |